UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Scolari, Rafael & Cheryl A.

Case No.: 16-30380
Chapter: 7
Judge: CMG

**NOTICE OF PROPOSED ABANDONMENT**

___Daniel E. Straffi___, ___Trustee___ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | 402 East State Street
Trenton, NJ 08608 |

If an objection is filed, a hearing will be held before the Honorable ___Christine M. Gravelle___ on ___March 21, 2017___ at ___10:00___ a.m. at the United States Bankruptcy Court, Courtroom no. ___3___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 439 Little Silver Point Road
Little Silver, NJ
FMV - +/-$1,550,000.00 |

| Liens on property: | Nationstar - $1,533,021.77

Plus 10% Estimated Costs of Sale |

| Amount of equity claimed as exempt: | $-0- |

Objections must be served on, and requests for additional information directed to:

Name: Daniel E. Straffi, Esq.
Address: 670 Commons Way Toms River, NJ 08755
Telephone No.: 732-341-3800

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Rafael Scolari  
Cheryl A. Scolari  
    Debtors

Case No. 16-30380-CMG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2    Date Rcvd: Feb 15, 2017  
                Form ID: pdf905    Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2017.
```
db/jdb         +Rafael Scolari,   Cheryl A. Scolari,   439 Little Silver Point Road,
                 Little Silver, NJ 07739-1732
516462879      +Bk Of Amer,    4909 Savarese Cir,    Tampa, FL 33634-2413
516462880     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court:  Capital One Bank Usa N,    15000 Capital One Dr,
                 Richmond, VA 23238)
516462881      +Capital One Na,    6400 Main St,    Williamsville, NY 14221-5858
516462882      +Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
516462884      +Comenity Bank/Anntylr,    Po Box 182273,    Columbus, OH 43218-2273
516462885      +Comenity Bank/Pacsnwr,    995 W 122nd Ave,    Westminster, CO 80234-3417
516462886      +Comenity Bank/Vctrssec,    220 W Schrock Rd,    Westerville, OH 43081-2873
516462887      +Dsnb Bloom,    Po Box 8218,    Mason, OH 45040-8218
516462888      +Equifax,    PO Box 740241,    Atlanta, GA 30374-0241
516462889      +Experian,    Profile Maintenance,    PO Box 9558,    Allen, TX 75013-9558
516462891      +KML Law Group, P.C.,    216 Haddon Avenue,    Ste. 406,    Westmont, NJ 08108-2812
516462892      +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
516462908      +Nationstar,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
516462896      +Paul C. Chachko,    78 W Front St,    Unit C,    Red Bank, NJ 07701-1648
516462897      +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
516462903      +Target Nb,    Po Box 673,    Minneapolis, MN 55440-0673
516462904      +Trans Union Corporation,    Public Records Department,    555 West Adams St.,
                 Chicago, IL 60661-3631
516462905      +Unifund CCR, LLC,    10625 Techwoods Circle,    Cincinnati, OH 45242-2846
516462906      +Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
516462907      +W. Peter Regan, Jr. Esq.,    Ragan & Ragan, PC,    3100 Route 138 West,
                 Brinley Plaza, Building One,    Wall, NJ 07719-9020
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 15 2017 23:57:34     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 15 2017 23:57:32     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516462878     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Feb 15 2017 23:57:28
                 Asset Acceptance Capital Corporation,    28405 Van Dyke,    Warren, MI 48093-7132
516462883     +Fax: 602-659-2196 Feb 16 2017 00:18:24      Chexsystems, Inc.,    Attn: Customer Relations,
                 7805 Hudson Road, Suite 100,    Woodbury, MN 55125-1703
516462894     +E-mail/Text: bankruptcydpt@mcmcg.com Feb 15 2017 23:57:32      Midland Funding, LLC,
                 8875 Aero Drive Ste 200,    San Diego, CA 92123-2255
516462895     +E-mail/PDF: bankruptcy@ncfsi.com Feb 16 2017 00:01:23      New Centruy Financial Services, Inc.,
                 110 S. Jefferson Rd.,    Whippany, NJ 07981-1038
516462899     +E-mail/PDF: gecsedi@recoverycorp.com Feb 16 2017 00:01:22      Syncb/Banana Rep,   Po Box 965005,
                 Orlando, FL 32896-5005
516462900     +E-mail/PDF: gecsedi@recoverycorp.com Feb 16 2017 00:00:50      Syncb/Gap,    Po Box 965005,
                 Orlando, FL 32896-5005
516462901     +E-mail/PDF: gecsedi@recoverycorp.com Feb 16 2017 00:01:22      Syncb/Lord & Tay,   Po Box 965015,
                 Orlando, FL 32896-5015
516462902     +E-mail/PDF: gecsedi@recoverycorp.com Feb 16 2017 00:01:22      Syncb/Lowes,    Po Box 965005,
                 Orlando, FL 32896-5005
                                                                                              TOTAL: 10
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516462893*     +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
516462898*     +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
516462890     ##+Fulton Friedman & Gullace, LLP,    35 Journal Square,    Suite 401,   Jersey City, NJ 07306-4024
                                                                                         TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-3          User: admin                Page 2 of 2              Date Rcvd: Feb 15, 2017
                              Form ID: pdf905            Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2017                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2017 at the address(es) listed below:
              Daniel E. Straffi    dstraffi1@comcast.net, dstraffi@ecf.epiqsystems.com
              Daniel E. Straffi    on behalf of Trustee Daniel E. Straffi dstraffi1@comcast.net,
               dstraffi@ecf.epiqsystems.com
              Denise E. Carlon    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR
               STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATESM SERIES
               2005-14 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jonathan  Goldsmith Cohen    on behalf of Debtor Rafael  Scolari imclawgroupecf@gmail.com
              Jonathan  Goldsmith Cohen    on behalf of Joint Debtor Cheryl A. Scolari imclawgroupecf@gmail.com
                                                                                             TOTAL: 5
```