Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16–30380–CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Rafael Scolari | Cheryl A. Scolari |
| 439 Little Silver Point Road | 439 Little Silver Point Road |
| Little Silver, NJ 07739 | Little Silver, NJ 07739 |

Social Security No.:
 xxx–xx–9278                                         xxx–xx–2928

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Daniel E. Straffi is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: March 27, 2017                    Christine M. Gravelle
                                         Judge, United States Bankruptcy Court